UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ATTEBERY, | Case No.:  2:06-CV-02416-WBS-EFB |
| Plaintiff(s), | **ORDER** |
| v. | |
| PLACER SIERRA BANK, ET AL., | |
| Defendant(s). | |

The court is in receipt of plaintiff's request to continue the status conference. Defendant, JAMES M. STANAWAY, was sub-served on November 14, 2006 and recently obtained counsel. Defendant's answer will be filed on or before January 16, 2007. The court hereby CONTINUES the status conference currently set for January 16, 2007, to **April 23, 2007 at 1:30 p.m.**

IT IS SO ORDERED.

DATED: December 28, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-

**Order**

PDF created with pdfFactory trial version www.pdffactory.com