IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ATTEBERY,

      Plaintiff,                    No. CIV S-06-2416 WBS EFB

      vs.

PLACER SIERRA BANK, et al.,,

      Defendants.              <u>ORDER</u>

_____/

     On May 11, 2007, the parties submitted a stipulation and proposed order modifying the dates previously set in the district judge's April 10, 2007, scheduling order. Although the undersigned may modify portions of the district judge's scheduling order to the extent that doing so does not modify the trial date, the parties' proposed revised dates necessarily impact the pretrial conference and trial dates set by the April 10, 2007 order. The proposed cutoff date (i.e. January 31, 2008) for law and motion leaves inadequate time for the court to rule on any dispositive motions prior to the final pretrial conference set for February 11, 2008, and for the parties to prepare a timely final pretrial statement. Accordingly, the parties' stipulation is approved in part. The dates set in the April 10, 2007, scheduling order are modified as follows:

     1.     The dates by which plaintiff and defendants shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be extended from July

1

1 | 20, 2007, to September 20, 2007.

2 |     2.    The dates by which plaintiff and defendants shall complete discovery shall be
3 | extended from September 28, 2007, to November 28, 2007.

4 |     3.    The dates by which plaintiff and defendants shall file all dispositive motions,
5 | except motions for continuances, temporary restraining orders, or other emergency applications,
6 | shall be extended from November 9, 2007, to January 1, 2008.

7 | Any further requests for modification of the scheduling order that necessarily impact the
8 | previously set dates for the pretrial conference and trial should be directed to the assigned district
9 | judge.

10 | SO ORDERED

11 | DATED:  May 16, 2007.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE