IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ATTEBERY,

        Plaintiff,

vs.

PLACER SIERRA BANK; JAMES M. STANAWAY; REALTY WORLD-COOL COUNTY PROPERTIES, LLC; et al.,

        Defendants.

No. CIV S-06-2416 WBS EFB

ORDER

      On October 19, 2007, defendant Realty World-Cool Country Properties, LLC ("Realty World") (erroneously sued as Realty World-Cool County Properties, LLC), filed an *ex parte* application for an order shortening time to move for an enlargement of time to disclose expert witnesses. Realty World also filed its motion to enlarge time to disclose expert witnesses, and requested that the matter be heard on October 24, 2007, or on a date convenient to the court.

      Plaintiff filed an opposition to both motions on October 23, 2007, and requested that in the event the court sets the matter for hearing, that it occur either on October 25 or 29, 2007. Among other things, plaintiff objects to the statements in defense counsel's affidavit supporting the motion to shorten time, specifically those averring that efforts to meet and confer were made and that efforts to stipulate to an extension of time were unavailing. *See* Local Rule 6-144(c).

1

1  Regardless of plaintiff's objections, it is clear that a stipulation to enlarge time to allow
2 Realty World to make late expert disclosures was not achieved, that the expert disclosure
3 deadline passed on September 20, 2007, and that the discovery deadline of November 28, 2007,
4 is fast approaching. Accordingly, the court grants defendant Realty World's motion to shorten
5 time to hear its motion to enlarge time to designate experts. As plaintiff has already filed an
6 opposition, defendant shall file a reply thereto, if any, not later than 5:00 p.m. on Wednesday,
7 October 24, 2007. The matter is set for hearing before the undersigned on Monday, October 29,
8 2007, at 10:30 a.m. in Courtroom No. 25.
9  SO ORDERED.
10 DATED: October 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2